# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

### RICHARD R. RAY, Appellant, v. JOHN C. SMITH, Respondent.

*Immaterial evidence — when new trial granted for admission of.*

This action was brought to recover the value of one-half of a quantity of hay, which the plaintiff had purchased at an auction sale, and delivered to the defendant in pursuance of a prior agreement. The plaintiff gave his note for the whole of the hay; and upon the trial proof was given, under objection, to show that the plaintiff was sued upon this note, and was subsequently compelled to pay it, and that defendant had notice of the suit. *Held*, that the evidence was immaterial, and its admission was error; and that, as it was by no means clear that the testimony did not have an effect upon the jury, the judgment must be reversed, and a new trial ordered.

Appeal from a judgment of the County Court, reversing a justice's judgment.

*Benj. Reynolds*, for the appellant.

*T. F. Bush*, for the respondent.

Opinion by Miller, P. J.

Present — Miller, P. J., Bockes and Boardman, JJ.

Judgment affirmed, with costs.